NO. 07-11-0432-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 JUNE 26, 2012

 ______________________________

 BRIANN NICOLE WILSON, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 181[ST] DISTRICT COURT OF RANDALL COUNTY;

 NO. 19411-B; HONORABLE JOHN BOARD, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
Appellant, Briann Nicole Wilson, perfected this appeal from the trial court's judgment revoking her community supervision which had been granted for the offense of tampering with evidence. Punishment was assessed at eight years confinement and a $500 fine.
Pending before this Court is Appellant's Motion to Dismiss Appeal in which she represents she wishes to withdraw her notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and her attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice

Do not publish.